**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cr-60143-RS**

UNITED STATES OF AMERICA,
    Plaintiffs,
vs.

STUART LEIBOV,
    Defendant.
_____/

**NOTICE OF APPEARANCE AS CO-COUNSEL**

The undersigned attorney, Michael A. Gottlieb, hereby enters his appearance as co-counsel on behalf of STUART LEIBOV, in the above-styled cause; any and all papers and pleadings filed in this action should be mailed/e-mailed to the undersigned.

                                    Respectfully submitted,

                                    /s/Michael A. Gottlieb
                                    Michael A. Gottlieb, Esquire
                                    Michael A. Gottlieb, P.A.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by e-mail on this 23rd day of October, 2023 to: Lead Counsel, Frank Maister (frank@maisterlaw.com) and AUSAs Catherine Koontz (Catherine.Koontz@usdoj.gov) and Brooke Latta (Brooke.Latta@usdoj.gov) via the CM/ECF electronic filing system.

                                    /s/Michael A. Gottlieb
                                  Michael A. Gottlieb, Esquire
                                  Michael A. Gottlieb, P.A.
                                  1311 SE 2nd Avenue
                                  Ft. Lauderdale, Florida 33316
                                  mike@mgottlieblaw.com
                                  Phone: (954) 462-1005
                                  Fax: (954)463-9869
                                  Florida Bar No.: 981133